**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Banner Mattress, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FKA  Banner Bedding, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-2316922** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1501 E. Cooley Dr., Unit B**<br>**Colton, CA 92324-3972**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **San Bernardino**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **BannerMattressOnline.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Banner Mattress, Inc.**                                    Case number (*if known*) _____
_____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_3378_

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

| Debtor | **Banner Mattress, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Banner Mattress, Inc.**                                     Case number (*if known*)
      Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 22, 2019**
               MM / DD / YYYY

X _____                    **Eugene Scorziell**
      Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**    X _____          Date  **April 22, 2019**
                                    Signature of attorney for debtor                    MM / DD / YYYY

**Daniel J. Weintraub 132111**
Printed name

**Weintraub & Selth, APC**
Firm name

**11766 Wilshire Boulevard
Suite 1170
Los Angeles, CA 90025**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 207-1494**        Email address

**132111 CA**
Bar number and State

## RESOLUTIONS

## OF THE BOARD OF DIRECTORS OF

## BANNER MATTRESS, INC.

The undersigned, being the authorized representative of the Board of Directors of Banner Mattress, Inc., does hereby certify that the following resolutions are adopted by the Board:

RESOLVED that Eugene Scorziell, Chief Executive Officer, is authorized to execute and file or cause to be filed a petition under Chapter 11 of the United States Bankruptcy Code on behalf of Banner Mattress, Inc.

RESOLVED that the filing of a Chapter 11 case on behalf of Banner Mattress, Inc. is in the best interests of the corporation, its shareholders and creditors.

RESOLVED that Weintraub & Selth, APC is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that Eugene Scorziell is the party designated to act on behalf of Banner Mattress, Inc. in all matters pertaining to the Chapter 11 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court and at the 341 (a) Meeting of Creditors as necessary.

Dated: April 2 , 2019

Eugene Scorziell, Chief Executive Officer
Banner Mattress, Inc.

**Fill in this information to identify the case:**

Debtor name **Banner Mattress, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

▮▮▮  **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 22, 2019**          X _Eugene Scorziell_
                                        Signature of individual signing on behalf of debtor

                                        **Eugene Scorziell**
                                        Printed name

                                        **Chief Executive Officer**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Banner Mattress, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tempur Pedic Inc** Po Box 632852 Cincinnati, OH 45263 | **Linda Burnette** Linda.Burnette@tempursealy.com | **Vendor** | | | | $273,069.55 |
| **KFRG** 900 E. Washington, Suite 315 Colton, CA 92324 | **Lynn Coleman Senior Account Execut** 909-433-3027 | **Advertising services** | | | | $230,900.89 |
| **Innova Sleep Systems** 2306 River Ridge Rd. Arlington, TX 76017 | **Dan Mocias** dmore1414@gmail.com 817-303-1994 | **Vendor** | | | | $91,207.33 |
| **Leggett & Platt, Inc.** C/O Us Bank P.O. Box 952092-Main Post Office Saint Louis, MO 63195-2092 | | | | | | $89,796.29 |
| **Future Foam, Inc.** P.O. Box 1017 Omaha, NE 68101-1017 | **Pedro Cevallos** 626-705-6959 | **Vendor** | | | | $76,320.86 |
| **Time Warner Cable** P.O. Box 101366 Pasadena, CA 91189-0005 | **Jennifer Butler Finance Bus. Operat** Jennifer.Butler1@charter.com 704-941-3209 | | | | | $62,797.37 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Banner Mattress, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Purecare/Fabrictech** P.O. Box 100895 Atlanta, GA 30384-4174 | **Sean Husmoe Chief Financial Officer** shusmoe@fabricte ch.com 602-293-3901 | | | | | $55,674.83 |
| **Prime Development, LLC** c/o: Charles Dunn Real Estate Serv 800 West Sixth Street, 6th Floor Los Angeles, CA 90017 | **Mary Peng** mpeng@charlesdu nn.com 213-270-6224 | Commercial lease: 4110 Edison Ave., Ste 112 Chino, CA 91710 | | | | $50,600.70 |
| **The Colonies-Pacific, LLC** c/o: Pacific Devel Group II Attn: Dennis Berryman One Corporate Plaza, 2nd Floor Newport Beach, CA 92660 | **Martha Ojeda** mojeda@pdgcenter s.com 949-760-8591 | Commercial lease: 1895 N. Campus Ste. A Upland, CA 91784 | | | | $42,739.72 |
| **Stearns & Foster** P.O. Box 951721 Dallas, TX 75395-1721 | **Burnette, Linda** Linda.Burnette@te mpursealy.com | | | | | $39,447.65 |
| **Kmir** P.O. Box 843564 Los Angeles, CA 90084 | **Leo Vasquez** lvasquez@entravisi on.com 760-341-5837 ext 33223 | | | | | $38,447.40 |
| **KOLA-FM** 1940 Orange Tree Lane, #101 Redlands, CA 92374 | **Glenn Watson** gwatson@kolafm.c om 909-335-8845 | | | | | $35,331.50 |
| **Cal Oaks Plaza, LLC** 629 Camino De Los Mares, Suite 206 San Clemente, CA 92673-2831 | **Robert Grimmick/Authoriz ed Mgr.** 949-489-0450 | Commercial lease: 40932 California Oaks Rd. Murrieta, CA 92562 | | | | $34,984.61 |
| **Abad Foam, Inc.** 6560 Caballero Blvd Buena Park, CA 90620 | **Jean Parrell** jean@abadfoam.co m 714-523-3626 | | | | | $32,398.80 |

| Debtor | **Banner Mattress, Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Providence Day Street, LLC 2443 East Coast Highway Corona Del Mar, CA 92625** | **Lorraine Doss** **Lorraine Doss ldoss@relyonprovidence.com 949-463-2743** | **Commercial lease: 2862 Canyon Springs Pkwy Riverside, CA 92507** | | | | **$29,698.14** |
| **Kesq Tv Po Box 873808 Kansas City, MO 64187-3808** | **Valerie Smart/Credit & Collection** **valerie.smart@kesq.com 760 340-7059** | | | | | **$29,189.00** |
| **Knickerbocker Bed Company 770 Commercial Ave Carlstadt, NJ 07072** | **Michael Reinheimer <mreinheimer@knickerbockerbedframe.com> 800-526-6294** | | | | | **$23,425.00** |
| **Barrette Wood P.O. Box 74732 Chicago, IL 60694-4732** | **Michaud, Mélissa CPA** **Melissa.Michaud@ca.ebarrette.com 450-357-7000 ext 7113** | | | | | **$22,599.64** |
| **Saba Adhesives 5420 Lapeer Road Smiths Creek, MI 48074** | **Cathryn Apley** **cathryn.apley@saba-adhesives.com 602-293-3901** | | | | | **$20,151.44** |
| **KPSP TV/Gulf Cal Broadcast 31276 Dunham Way Thousand Palms, CA 92276** | **Valerie Smart** **valerie.smart@kesq.com** | | | | | **$19,409.75** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re    **Banner Mattress, Inc.**

Debtor(s)

Case No.

Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eugene Scorziell**<br>**c/o: Banner Mattress, Inc.**<br>**1501 E. Cooley Dr., Unit B**<br>**Colton, CA 92324-3972** | | | **50%** |
| **Lisa Scorziell**<br>**c/o: Banner Mattress, Inc.**<br>**1501 E. Cooley Dr., Unit B**<br>**Colton, CA 92324-3972** | | | **50%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 22, 2019**

Signature    *Eugene Scorziell*
**Eugene Scorziell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Case No: 6:08-bk-16828-MJ**
**Case Name: Banner Bedding, Inc.**
**Filed: 06/09/08**
**Chapter: 11**
**Judge: Hon. Meredith A. Jury, Central District of California (Riverside)**
**Closed: 09/14/09 (Final Decree)**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles. CA**              , California.

Date:      **April 22, 2019**

**Eugene Scorziell**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                    *Page 1*              **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Daniel J. Weintraub 132111**<br>**11766 Wilshire Boulevard**<br>**Suite 1170**<br>**Los Angeles, CA 90025**<br>**(310) 207-1494 Fax: (310) 442-0660**<br>California State Bar Number: **132111 CA** | |

☑ *Attorney for* Këa`} ^|¯aad ^•• Æ}Q &Ê

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   **Banner Mattress, Inc.**<br><br>                                    Debtor(s),<br><br>                                    Plaintiff(s),<br><br><br><br><br><br>                                    Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Eugene Scorziell, Chief Executive Officer**            , the undersigned in the above-captioned case, hereby declare
                    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.   ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

April 25, 2019
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **Eugene Scorziell, Chief Executive Officer**
           Printed name of Debtor, or attorney for
           Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                        **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Daniel J. Weintraub 132111**<br>**11766 Wilshire Boulevard**<br>**Suite 1170**<br>**Los Angeles, CA 90025**<br>**(310) 207-1494 Fax: (310) 442-0660**<br>California State Bar Number: **132111 CA** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Banner Mattress, Inc.** | CASE NO.:<br><br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|                              Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __20__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 22, 2019**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **April 22, 2019**

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                              **F 1007-1.MAILING.LIST.VERIFICATION**

Banner Mattress, Inc.
1501 E. Cooley Dr., Unit B
Colton, CA 92324-3972


Daniel J. Weintraub
Weintraub & Selth, APC
11766 Wilshire Boulevard
Suite 1170
Los Angeles, CA 90025


3503 RP Temecula Commons, L.L.C
c/o RPAI Pacific Property Services
2021 Spring Road, Suite 200
Attn: SVP/Dir. Ntnl Rtl Leasing
Oak Brook, IL 60523


3503 RP Temecula Commons, L.L.C
c/o Retail Properties of America
2021 Spring Road, Suite 200
Attn: President - Western Division
Oak Brook, IL 60523


3503 RP Temecula Commons, L.L.C
c/o RPAI Holdco Management LLC
2021 Spring Road, Suite 200
Attn: Director of Collections
Oak Brook, IL 60523


AAA Alarm Systems
278 Tennessee Street Suite 8
Redlands, CA 92373


Aaa Alarm Systems
P.O. Box 856158
Louisville, KY 40285


Abad Foam, Inc.
6560 Caballero Blvd
Buena Park, CA 90620

Active Sales Co., Inc.
P.O. Box 3908
Santa Fe Springs, CA 90670


Alfa Khory Trading Inc
13047 Lakeland Rd
Whittier, CA 90607


Alliance Media Group, Llc
217 Wall Street
Huntington, NY 11743


America West Properties
P.O. Box 1299
El Toro, CA 92609-1299


At&T
Payment Center
Sacramento, CA 95887-0001


At&T
P.O. Box 105068
Atlanta, GA 30348-5068


Barrette Wood
P.O. Box 74732
Chicago, IL 60694-4732


Brk Group
8357 Lock Lomond Dr.
Pico Rivera, CA 90660

Bryan Pollock
9351 Loquat Drive
Riverside, CA 92508


Burrtec Waste & Recycling Svcs
P.O. Box 5938
Buena Park, CA 90622-5938


Cal Oaks Plaza, LLC
629 Camino De Los Mares, Suite 206
San Clemente, CA 92673-2831


Canyon Plaza North, LLC
201 N. Palm Canyon Drive, Suite 250
Palm Springs, CA 92262


Carpenter Company
P.O. Box 7788
Riverside, CA 92513


Cintas Fas Lockbox 636525
2150 So. Proforma Ave.
Ontario, CA 91761


Citi Cards
P.O. Box 6405
The Lakes, NV 88901-6405


City Of Hemet
445 East Florida Ave
Hemet, CA 92543-4209

City Of Murrieta
1 Town Square
Murrieta, CA 92562


Colliers International
27548 Ynez Road, Ste. I-9
Temecula, CA 92591


Color Ad
19627 South Santa Fe Ave
Compton, CA 90221


Commercial Cleaning Mgt, Inc.
P.O. Box 3652
Crestline, CA 92325-3652


Corporate Services Consultants
P.O. Box 1048
Dandridge, TN 37725


CR&R Incorporated
P.O. Box 7183
Pasadena, CA 91109


Cranston Trucking Company
P.O. Box 842963
Boston, MA 00284-2963


Dallas Label & Packaging
P.O. Box 119017
Carrollton, TX 75011

Daniel Jobe
11755 Malaga Dr Unit 1060
Rancho Cucamonga, CA 91730


Don Wilson Builders
2020 Main Street, Suite 1160
Irvine, CA 92614


Earthlink Business
P.O. Box 2252
Birmingham, AL 35246


Easy Rest
11700 W.Charleston Blvd#170-264
Las Vegas, NV 89135


Ec Utopia
9089 Clairemont Mesa Blvd Ste. 210
San Diego, CA 92123


El Dorado Broadcasters Llc
12370 Hesperia Rd.
Suite 16
Victorville, CA 92395


Elite Financial Consultants
c/o: Banner Mattress, Inc.
1501 E. Cooley Dr., Unite B
Colton, CA 92324-3972


Elizabeth Parsons
15735 Pennington Place
Riverside, CA 92504

Enriquez Materials & Quilting
6501 Flotilla St.
Los Angeles, CA 90040


Enviro-Master Services
P.O. Box 12350
Charlotte, NC 28220


Eugene Scorziell
c/o: Banner Mattress, Inc.
1501 E. Cooley Dr., Unit B
Colton, CA 92324-3972


Expedition Signs Inc
213 E. Alessandro Blvd.
Riverside, CA 92508-6039


Frontier Communications
P.O. Box 740407
Cincinnati, OH 45274


Future Foam, Inc.
P.O. Box 1017
Omaha, NE 68101-1017


Gabriel & Alice Liao
1057 E. Imperial Hwy #128
Placentia, CA 92870


Gabriel & Alice Liao
1057 E. Imperial Hwy# 128
Placentia, CA 92870

Gabriel Liao and Alice Liao
c/o: Glenborough
650 E. Hospitality Lane, Suite 150
San Bernardino, CA 92408


Griselda Banuelos
3017 Arlington Ave.
Riverside, CA 92506


Grit PS Asset Management
201 N. Palm Canyon Drive, Suite 250
Palm Springs, CA 92262


Guardsman
P.O. Box 749796
Los Angeles, CA 90074-9796


Hanes Industries
L&P Financial Services Co.
P.O. Box 60984
Charlotte, NC 28260


Hawaiian Airlines Visa
P.O. Box 15019
Wilmington, DE 19886-5019


Hemet West, LP
2152 Dupont Drive, Suite 110
Irvine, CA 92612


Hemet West, LP
c/o Strata Properties
4631 Teller Ave., Suite 150
Irvine, CA 92612

Impact Consulting Services
5256 Peachtree Road
Suite 102
Atlanta, GA 30341


Imperial Irrigation District
P.O. Box 937
Imperial, CA 92251-0937


Inman Mills Inc
99 Park Avenue
New York, NY 10016


Innova Sleep Systems
2306 River Ridge Rd.
Arlington, TX 76017


Innova Sleep Systems
2313 Roosevelt Drive, Ste. C
Arlington, TX 76016


Integrated Bedding Group
19069 Van Buren Blvd. Suite 114-236
Riverside, CA 92508


Iron Horse Computing
10555 Robinson Ave
Riverside, CA 92505


James Segal
32083 Via Benabarre
Temecula, CA 92592

JDD, LLC
c/o: Spinello Property Management
68936 Adelina Road
Cathedral City, CA 92234


JDD, LLC/La Quinta Court
P.O. Box 1419
Cathedral City, CA 92235


Jdd, Llc/Spinello Prop.Mgmt
P.O. Box 1419
Cathedral City, CA 92235


Jon Stephenson
38875 Sugar Pine Way
Murrieta, CA 92563


Jorge Cardenas
4040 Piedmont Dr. Spc 21
Highland, CA 92346


Kcal 96.7
1940 Orange Tree Ln Ste 200
Redlands, CA 92374


KDFX Fox 11
Po Box 873808
Kansas City, MO 64187-3808


Kesq Tv
Po Box 873808
Kansas City, MO 64187-3808

KFRG
900 E. Washington, Suite 315
Colton, CA 92324


Khosrow & Shahnaz Lotfipour
P.O. Box 1366
Tustin, CA 92781


Kl Management & Investment Llc
P.O. Box 1366
Tustin, CA 92781


KL Management & Investment, LLC
11925 Lambert
Tustin, CA 92782


Kmir
P.O. Box 843564
Los Angeles, CA 90084


Knickerbocker Bed Company
770 Commercial Ave
Carlstadt, NJ 07072


KOLA-FM
1940 Orange Tree Lane, #101
Redlands, CA 92374


Komar Apparel Supply Co.
6900 Washignton Blvd.
Montebello, CA 90640

KPSP TV/Gulf Cal Broadcast
31276 Dunham Way
Thousand Palms, CA 92276


Ktie/ Am590
P.O. Box 845581
Los Angeles, CA 90084


Lava Usa Inc.
55 Sleepy Time Drive
Waterloo, SC 29384


Leggett & Platt Fashion
C/O Us Bank
P.O. Box 952092-Main Post Off
Saint Louis, MO 63195-2092


Leggett & Platt, Inc.
C/O Us Bank
P.O. Box 952092-Main Post Office
Saint Louis, MO 63195-2092


Lionshare Media Services Inc
530 Pellis Road Ste 8000A
Greensburg, PA 15601


Lisa Scorziell
c/o: Banner Mattress, Inc.
1501 E. Cooley Dr., Unit B
Colton, CA 92324-3972


Luis Contreras
10855 Saffron St
Fontana, CA 92337

Malouf Sleep
1525 West 2960 South
Logan, UT 84321


Mark's Air Conditioning
15777 Wood Road
Riverside, CA 92508


Mayhew Plaza Woodland Hills Ii
4255 Martingale Way Suite D
Newport Beach, CA 92660


Mayhew Plaza Woodland Hills II, LLC
4255 Martingale Way, Suite D
Newport Beach, CA 92660


Menifee Lakes Plaza LLC
3636 Birch Street, #200
Newport Beach, CA 92660


Menifee Lakes Plaza, LLC
c/o: Williams Real Estate Man. LLC
3146 Red Hill Ave., Suite 150
Costa Mesa, CA 92626


Neopost, Inc.
P.O. Box 45840
San Francisco, CA 94145-0840


Nesq/Kpsp Desert Television
Po Box 873808
Kansas City, MO 64187-3808

Pacific Coast Propane Llc
P.O. Box 427
Rialto, CA 92377


Palm Desert Town Center LLC
P.O. Box 741098
Los Angeles, CA 90074


Palm Desert Town Center LLC
c/o: Citivest Comm. Invest. LLC
4340 Von Karman Ave., Suite 110
Attn: Dwight Belden
Newport Beach, CA 92660


Palm Desert Town Center Plaza
P.O. Box 741098
Los Angeles, CA 90074


Prime Development, LLC
c/o: Charles Dunn Real Estate Serv
800 West Sixth Street, 6th Floor
Los Angeles, CA 90017


Prime Development, LLC
4110 Edison Ave., Ste. 200
Chino, CA 91710


Prime Development, LLC
c/o Charles Dunn Real Estate Servic
800 W. Sixth Street, 6th Floor
Los Angeles, CA 90017


Providence Day Street, LLC
2443 East Coast Highway
Corona Del Mar, CA 92625

Purecare/Fabrictech
P.O. Box 100895
Atlanta, GA 30384-4174


Rain Cross Window Cleaning
5225 Canyon Crest Dr. 71-344
Riverside, CA 92507


Reliable Tape Products
3300 E. 50Th Street
Los Angeles, CA 90058


Resolute Digital Llc
601 W 26Th St Suite 1515
New York, NY 10001


Riverside Public Utilities
3900 Main Street
Riverside, CA 92522-0144


RPAI Pacific Property Services
P.O. Box 748319
Los Angeles, CA 90074


Rpai Pacific Property Srvs Llc
File 57519
Los Angeles, CA 90074


Saba Adhesives
5420 Lapeer Road
Smiths Creek, MI 48074

SBS Payroll
1932 E.Deere Avenue Suite 220
Santa Ana, CA 92705


Sergio Tellez
20190 Dayton St.
Riverside, CA 92508


Serta Co
P.O. Box 945655
Atlanta, GA 30394-5655


Showcase Partners
6820 Indiana Ave, Suite 210
Riverside, CA 92506-4261


Showcase Partners, GP
c/o: Jacobs Development Company
6820 Indiana Avenue, Suite 210
Riverside, CA 92506


Sleep Comp West
10006 Santa Fe Springs Road
Santa Fe Springs, CA 90670


Southern California Edison
P.O. Box 600
Rosemead, CA 91771-0001


Southern California Gas Co.
P.O. Box C
Monterey Park, CA 91756

Specialty Mattress
13903 Maryton Ave.
Santa Fe Springs, CA 90670


Spinello Property Management
201 N. Palm Canyon Drive Suite 250
Palm Springs, CA 92262


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


St Transportation Llc
4840 Cristy Ave
San Bernardino, CA 92407


Staples Advantage
Chicago, IL 60696-3689


Stearns & Foster
P.O. Box 951721
Dallas, TX 75395-1721


Storis
400 Valley Road
Suite 302
Mount Arlington, NJ 07856


Strata Properties, LLC
4255 Martingale Way, Suite D
Newport Beach, CA 92660

Stuart Acker
2 Spring Bay Lane
Huntington, NY 11743

Susan J. Gilbert
11294 W. Napia Street
Boise, ID 83709

Telecheck Services, Inc.
P.O. Box 60028
City of Industry, CA 91716-0028

Tempur Pedic Inc
Po Box 632852
Cincinnati, OH 45263

Terminix
P.O. Box 742592
Cincinnati, OH 45274-2592

The Colonies Pacific
P.O. Box 3060
Newport Beach, CA 92658

The Colonies-Pacific, LLC
c/o: Pacific Devel Group II
Attn: Dennis Berryman
One Corporate Plaza, 2nd Floor
Newport Beach, CA 92660

The Colonies-Pacific, LLC
c/o: Colonies Crossroads, Inc.
Attn: Daniel Richards
3595-1 Inland Empire, Suite 1200
Ontario, CA 91764

The Price Reit, Inc.
3333 New Hyde Park Road, Suite 100
P.O. Box 5020
New Hyde Park, NY 11042-0020


The Price Reit, Inc.
P.O. Box 82565
Goleta, CA 93118-2565


The Realty Assoc. Fund X, L.P.
P.O. Box 748319
Los Angeles, CA 90074


The Realty Associates Fund X, L.P.
c/o: Davis Partners
458 West Arrow Highway, Suite B
San Dimas, CA 91773


Time Warner Cable
P.O. Box 101366
Pasadena, CA 91189-0005


Tmi Products, Inc.
1493 Bentley Drive
Corona, CA 92879


Toyota Ind. Commercial Finance
P.O. Box 660926
Dallas, TX 75266


Transamerica Retirement Svs.
8488 Shepherd Farm Drive
West Chester, OH 45069

Trax Sales, Inc.
6830 Eldridge Pkwy #302
Houston, TX 77041


Tropic Isle Apartments
P.O. Box 3188
Torrance, CA 90510-3188


Tropic Isle Apartments
P.O. Box 3188
Torrance, CA 90510


Uline
P.O. Box 88741
Chicago, IL 60680-1741


UPS
P.O. Box 894820
Los Angeles, CA 90189


UPS
P.O. Box 650690
Dallas, TX 75265


US Airways/Aadvantage Aviator
Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337


Us Bank
P.O. Box 790408
Saint Louis, MO 63179-0408

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


VNF Properties, Llc
P.O. Box 1299
El Toro, CA 92609-1299


VNF Properties, LLC
22541 Aspan Street, Suite H
Lake Forest, CA 92630


Wessman Holdings, LLC
dba: Canyon Plaza North, LLC
555 South Sunrise, #200
Palm Springs, CA 92264


Wessman Holdings, LLC
c/o: Spinello Property Management
P.O. Box 1419
Cathedral City, CA 92235


Western Exterminator Company
P.O. Box 16350
Reading, PA 19612


Wirz And Co. Printing, Inc.
P.O. Box 95
Colton, CA 92324-0095


Wri Alliance Riley Venture
P.O. Box 301074
Dallas, TX 75303

```
WRI Alliance Riley Venture
P.O. Box 924133
Houston, TX 77292-4133


WRI Alliance Riley Venture
Weingarten Realty
2600 Citadel Plaza Drive, Suite 125
Houston, TX 77008


WRI Jess Ranch, LLC
P.O. Box 301074
Dallas, TX 75303
```